UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                                                  Plaintiff

v.                                                                      Criminal Action No. 3:22-CR-18-RGJ

MALCOLM JULIAN                                                                           Defendants

\* \* \* \* \*

**MEMORANDUM OPINION & ORDER**

Defendant Malcom Julian ("Julian") moves the Court for a certificate of appealability. [DE 119]. The United States did not file a response and the time to do so has passed. The motions is ripe. For the reasons below, the motion is **DENIED**.

Julian filed a pro se § 2255 motion, arguing his trial counsel deprived him of effective of assistance of counsel when he failed to file a notice of appeal, despite Julian instructing him to do so. [DE 87 at 507]. The Magistrate Judge held an evidentiary hearing on the factual dispute between Julian and his counsel, appointed counsel for Julian, and issued a Report and Recommendation recommending that Julian's motion to vacate be denied and no certificate of appealability issue. [DE 108]. This court adopted the Report and Recommendation over Julian's objections. [DE 114]. Julian did not file a specific objection to the recommendation that no certificate of appealability issue, but this court noted in adopting the recommendation that it agreed that no certificate of appealability should issue. [DE 108, DE 114 at 706, n.5]. Julian filed a notice of appeal, and the United State Court of Appeals for the Sixth Circuit has opened a matter, Case No. 24-5759, *Malcolm Julian v. USA*. [DE 120]. Now, Julian moves for a certificate of appealability. [DE 119].

Federal Rule of Appellate Procedure 22(b) governs certificates of appealability in 28 U.S.C. § 2255 proceedings. *See* Fed. R. App. P. 22(b)(1). Under this Rule, "[i]f an applicant files a notice of appeal, the district clerk must send to the court of appeals the certificate (if any) and the statement described in Rule 11(a) of the Rules Governing Proceedings Under . . . § 2255 (if any) along with the notice of appeal and the file of the district-court proceedings." *Id*. And "[i]f the district judge has denied the certificate, the applicant may request a circuit judge to issue it." *Id*. In addition, "[i]f no express request for a certificate is filed, the notice of appeal constitutes a request addressed to the judges of the court of appeals." Fed. R. App. P. 22(b)(2). Here, Julian's certificate of appealability was already denied by this court. Thus, at this stage of the proceedings Julian must "file a motion to grant a certificate of appealability" with the Sixth Circuit. [DE 120, citing Fed. R. App. P. 22(b)].

## CONCLUSION

For all these reasons, and the Court being otherwise sufficiently advised, **IT IS ORDERED** that Julian's motion for a certificate of appealability [DE 119] is **DENIED**.

cc:   Counsel of record
      Clerk, Sixth Circuit Court of Appeals (No. 24-5759)